```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| RONALD COTTRELL, | : CIVIL ACTION NO. 04-4369 (MLC) |
| Plaintiff, | : **MEMORANDUM OPINION** |
| v. | : |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

**THE COURT** having directed the plaintiff — by order to show cause entered February 28, 2006 — to show cause by March 16, 2006, why the complaint should not be dismissed for failure to abide by Local Civil Rule 9.1 (dkt. entry no. 3); and it appearing that the plaintiff brought this action under 42 U.S.C. § 405(g) seeking review of a determination by the Social Security Administration (dkt. entry no. 1); and it appearing that the plaintiff has failed to proceed with this action for fourteen months, see L.Civ.R. 9.1(a); and

**IT APPEARING** that the Court is authorized to impose sanctions on the plaintiff for failing to proceed here, see L.Civ.R. 9.1(b); and the Court being authorized to impose harsh penalties when enforcing the Local Civil Rules, see Kabacinski v. Bostrom Seating, No. 03-1986, 2004 WL 628867, at *3 n.3 (3d Cir. Mar. 30, 2004), United States v. 11 Vehs., Their Equip. & Accessories, 200 F.3d 203, 214 (3d Cir. 2000); and

**THE PLAINTIFF** failing to respond to the Court's order to show cause; and thus the Court intending to (1) grant the order to show cause, and (2) dismiss the complaint; and for good cause appearing, the Court will issue an appropriate order and judgment.

    s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge